of that court in Harris v. State (1 Div. 884) 125 So. 921.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(124 So. 917)

**J. L. B. JOHNSON v. Georgia A. JOHNSON. (5 Div. 29.)**

Supreme Court of Alabama. Nov. 7, 1929.

Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed.

(124 So. 917)

**Martha LAWRENCE v. Tony MONTALBANO et al. (6 Div. 434.)**

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Affirmed on certificate.

(124 So. 917)

**W. R. LINDBLOOM v. Henrietta PETERSON. (6 Div. 398.)**

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(124 So. 917)

**Robert G. MESSER v. W. T. EDWARDS. (6 Div. 446.)**

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Probate Court, Jefferson County; J. P. Stiles, Judge.

PER CURIAM. Affirmed on certificate.

(124 So. 917)

**Hoyt METTS et al. v. STATE. (6 Div. 502.)**

Supreme Court of Alabama. Oct. 31, 1929.

Certiorari to Court of Appeals.

Von L. Thompson and Cora R. Thompson, both of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Hoyt Metts and S. A. Farrington for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Metts et al. v. State, 124 So. 923.

Writ denied.

ANDERSON, C. J., and SAYRE and FOS-TER, JJ., concur.

(125 So. 916)

**Ida V. MITCHELL v. Minnie RICHARD et al. (6 Div. 480.)**

Supreme Court of Alabama. Jan. 3, 1930.

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

Frank S. Andress, McKee, Dodd and T. J. Lamar, all of Birmingham, for appellant.

Anderton & Bailes, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed by appellant.

(124 So. 917)

**Ben MOODY v. STATE. (4 Div. 409.)**

Supreme Court of Alabama. Nov. 7, 1929.

Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 916)

**N. D. SPANN LUMBER CO. v. Mrs. J. D. STEPHENS et al. (4 Div. 435.)**

Supreme Court of Alabama. Dec. 19, 1929.

Rehearing Denied Jan. 17, 1930.

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

THOMAS, J. Affirmed, for the want of assignment of errors. We may say that the opinion of the learned circuit judge has been